# PENACHIO MALARA, LLP
ATTORNEYS AT LAW
235 Main Street
White Plains, NY 10601
Telephone (914) 946-2889
Facsimile (914) 946-2882

FRANCIS J. MALARA.*
ANNE J. PENACHIO*

* Also admitted in CT

September 12, 2011

**Electronically Filed**

The Honorable Robert D. Drain
Attn: Dorothy Li, Courtroom Deputy
United States Bankruptcy Judge
The Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re: Richards Conditioning Corp.
        <u>Chapter 11 Case No.: 09-22525</u>

        Richards Conditioning Corp. v. F.W. Sims, Inc.
        <u>Adversary Proceeding No.: 11-08251</u>

Dear Ms. Li:

  I serve as counsel to Richards Conditioning Corp., the above-referenced debtor and Plaintiff. This letter serves to confirm that the hearing on the motion of Defendant, F.W. Sims, Inc. to dismiss the adversary proceeding (ECF #7) has been adjourned from October 4, 2011 to October 31, 2011 at 10:00 AM. Thank you.

            Respectfully,

            Anne Penachio

AP:jr

Cc: Kevin Roe, Esq. (By E-mail)
   David A. Loglisci, Esq. (By E-mail)